# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1994
LT Case No. 2023-CA-000431

_____

ROBERT ROSSBOROUGH and
KELLY DEVLIN,

    Appellants,

    v.

WATERMAN'S BLUFF OWNER'S
ASSOCIATION, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Marianne L. Aho, Judge.

Robert T. Rossborough and Kelly A. Devlin, Yulee, pro se.

Autumn P. George, of Galloway, Johnson, Tompkins, Burr &
Smith, PLC, Jacksonville, for Appellee.

May 14, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____